IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| Steven Marks | ) | Case No. 4:15-bk-12198-SHG |
| | ) | |
| | ) | DECLARATION OF |
| | ) | INTERNET AUCTIONEER |
| Debtor(s) | ) | |

I, <u>Carol Smith</u>, Managing Member of Carol Smith's Asset Sales, LLC ("CSASSETS"), hereby declare as follows:

1. I am the Managing Member of Carol Smith's Asset Sales, LLC an Internet Auction Company.

2. My business address is 8656 E. Halifax Street Mesa, AZ 85207.

3. Neither myself nor the firm CSASSETS has any connection with the debtor(s), creditors, case trustee, or any other parties in this interest, their respective attorneys and accountants, the United States Trustee and persons employed in the Office of the United States Trustee.

4. Neither myself, nor the firm CSASSETS holds or represents any interest adverse to the debtor or its estate in the matters upon which it is engaged.

5. I have reviewed the Application for Appointment of Internet Auctioneer as prepared by the Trustee, in the above-referenced bankruptcy case, dated <u>12-10-2015</u> and agree with the representations made therein.

I, Carol Smith, Managing Member of Carol Smith's Asset Sales, LLC, declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>10th</u> Day of <u>December</u>, 2015 by:

*Carol Smith*   Carol Smith, Managing Member
Carol Smith's Asset Sales, LLC