IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| Steven Marks | ) | Case No. 4:15-bk-12198-SHG |
| | ) | |
| | ) | TRUSTEE'S MOTION TO SELL OIL & |
| | ) | GAS ROYALTY INTERESTS USING |
| Debtor(s) | ) | THE INTERNET |

Stanley J. Kartchner, Chapter 7 trustee, hereby moves the Court to approve the sale of these Oil & Gas Royalty Interests utilizing the Internet.

The Debtors owns 0.000541 Interest in Oil & Gas Royalty Interests in:

Leases #0263213, #0236203, #0263202 & #263201. Sims L P Brothers AB 4 Juan L Chavert Survey Wells #1, #2, #3 & #13, RRC# 240451, RRC#227297, RRC# 225720 & RRC#219067 in Limestone County, TX. Operator XTO Energy Inc., Owner #130975.

The Trustee desires to sell these interests utilizing the Internet to give them maximum exposure. The Oil & Gas Interests will be sold as is, where is with no Warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee. The Trustee intends to transfer the property with a Trustee's Deed. The Trustee is not aware of any other party having an interest in these Interests, but any buyer must perform their own due diligence to determine whether there are other interests in the Oil & Gas Interests. The complete details of the sale can be found on the Notice of Internet Auction Sale of Estate's Interest in Oil & Gas Royalty Interests attached hereto as Exhibit A.

The Trustee believes in his best judgment this is the best way to sell this asset.

Respectfully submitted this 10th day of December, 2015 by:

/s/ Stanley J. Kartchner
Trustee

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| Steven Marks | ) | Case No. 4:15-bk-12198-SHG |
| | ) | |
| | ) | NOTICE OF INTERNET AUCTION |
| | ) | SALE OF ESTATE'S INTEREST |
| Debtor(s) | ) | IN OIL & GAS ROYALTY INTERESTS |

**Stanley J. Kartchner**, the Trustee in the above-named case, has filed an application with the Court for the Approval of an Internet Auctioneer Carol Smith's Asset Sales, LLC (CSAssets) for the sale of the Estate's Interest in the property described below.

Description of asset(s) to be sold:

ESTATE'S INTEREST IN THE FOLLOWING:

Oil and Gas Royalty Interests for the following: 0.000541 Interest in Leases #0263213, #0236203, #0263202 & #263201. Sims L P Brothers AB 4 Juan L Chavert Survey Wells #1, #2, #3 & #13, RRC# 240451, RRC#227297, RRC# 225720 & RRC#219067 in Limestone County, TX. Operator XTO Energy Inc., Owner #130975.

NOTICE IS HEREBY GIVEN that any party objecting to the sale of this property must file a written objection with the Clerk of the United States Bankruptcy Court no later than **Twenty one days from the mailing date of this notice.** The Clerk's address is 38 S. Scott Avenue, Tucson, AZ 85701-1704. A copy of the objection should be mailed to: **Stanley J. Kartchner, Trustee, 7090 N Oracle Rd #178-204, Tucson, AZ 85704 and Carol Smith's Asset Sales, LLC, PO Box 13538 Mesa, AZ 85216.**

Value: The debtor indicates the value of the property to be $200.00. The property has not been appraised.

Internet venue: http://www.csassets.com & the Internet Venue chosen by CSAssets.com.

Internet Auctioneer's Compensation: CSAssets, upon Court approval shall receive compensation based on the final sales price of the property. Such compensation shall be equal to 10% of the final sales price received by the Trustee.

Internet Auctioneer's Expenses: The reimbursement of the $250 document preparation fee collected from the buyer, per item, plus expenses estimated not to exceed $250 per item for costs

in obtaining copies of the original deed, limited title reports, release of note and deed of trust, other recorded documents, listing fees, final value fee (if applicable) and shipping costs.

**Notice Period & Viewing:** The notice period shall run up to the bar date contained on the notice herein plus 5 (five) additional business days. During this time, the asset and any available due diligence information will be available for viewing on www.csassets.com.

**Sale Period:** The actual Internet auction sale will be held on the Internet Auction venue chosen by CSAssets. The sale period will be 7 or 10 days. Links will be provided at www.csassets.com and www.ebay.com in order for bidders to participate in the Internet bidding process.

**Reserve or Minimum Price:** The Trustee, using his business judgment, has set minimum prices before the auctions can close of $1,000.00 reserving the right to rerun the auctions with lower minimums if the items do not sell initially.

**Closing Procedure:** The highest final bid received (assuming the minimum price is met) at the closing of the bidding on the Internet Auction Venue will be considered the final bid accepted by CSAssets. CSAssets will proceed to close the sale with the final bidder. The highest bidder will be required to send CSAssets certified funds within 7 days of the close of the auction. Within 21 days of receiving said funds, CSAssets will provide the highest bidder with a Trustee's Deed. After closing the sale, CSAssets will provide a report of sale to the Trustee indicating the results of the sale. This report will be filed with the Court by the Trustee.

If the highest bidder does not close the sale, CSAssets reserves the right to proceed to the next highest bid received and close the sale with that bidder. The report provided by CSAssets would reflect such an event.

**Terms & Conditions:** The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee (see liens and encumbrances for known amounts). <u>Buyer is to pay all costs associated with the transfer of the property</u>.

**Liens & Encumbrances:**   past due tax liens of approx. $131.94, payable by the Buyer.

**Debtor(s) Exemptions:**   none known by the Trustee at this time

**Due Diligence Information:** The property to be sold is the Estate's interest in the above-described property. The Trustee has made available all due diligence information that has been received relating to the subject properties. That information is available for all potential purchasers to view on www.csassets.com. ***Buyers are encouraged to do their own due diligence prior to bidding.***

**Disclosures:** CSAssets will disclose to all potential bidders on www.csassets.com and the Internet auction Venue that these sales are subject to a Bankruptcy Court Proceeding. The case

number and case name will be provided as well as CSAssets' name, address, telephone and fax number information. All sales will be subject to the terms and conditions set forth in this application as directed by the Trustee.

**Information Regarding Internet Auctioneer & Internet Venue Provider:**

The CSAssets website, www.csassets.com, specializes in the sale of Bankruptcy estate assets. The site provides an automated auction venue operated by computer under the Trustee's direction. It is like a traditional auctioneer in the sense that CSAssets obtains any information available regarding the asset and answers any and all inquiries received via the Internet, telephone and email regarding the asset, monitoring the sale on the Internet Auction Venue and closing the sale, which includes obtaining certified funds from the Buyer and providing title (and/or goods) as outlined in the sale application, to the eventual Buyer.

CSAssets uses an Internet auction venue to obtain the bids from the public. The Internet auction Venue does not handle any funds of the estate and/or assets. The Internet Auction Venue charges an advertising fee to CSAssets for the listing of the bankruptcy property and a final value fee (if applicable). These fees are an expense to be reimbursed up to $250 to CSAssets along with its 10% commission based upon the highest Internet bid received. CSAssets will collect a document preparation fee of $250 and shipping costs from the Buyer to be reimbursed to CSAssets.

To participate in the auction, a party should first go to the www.csassets.com website to view the asset being held pending a sale date (waiting for the bar date notice contained herein to expire plus five (5) business days). Once the bar date notice has expired, plus five (5) business days, the sale will commence on the Internet Auction Venue, www.ebay.com. Potential purchasers may obtain the location of the Internet online bidding link through www.csassets.com. The sale information will also be available on the Internet Auction Venue in the applicable categories. It is strongly recommended that potential bidders will find the sale easier by using the CSAssets website.

It is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this property, which is typically a very difficult asset for the Trustee to liquidate.

| | |
|---|---|
| ___12-10-2015___ | /s/ Stanley J. Kartchner |
| DATE | Trustee |

**TO BE NOTICED BY THE BANKRUPTCY NOTICING CENTER**