United States Bankruptcy Court
District of Arizona

In re:  
STEVEN ROBERT MARKS  
    Debtor

Case No. 15-12198-SHG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: rootk     Page 1 of 1     Date Rcvd: Dec 11, 2015  
                      Form ID: pdf001     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.

```
db          +STEVEN ROBERT MARKS,    9901 N ORACLE RD,    #7202,    TUCSON, AZ 85704-7997
13754313   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    PO Box 81577,
             Austin TX 78708)
13754316    +LVNV Funding LLC,    PO Box 15298,    Wilmington DE 19850-5298
13754317    +Progressive Financial,    1919 W Fairmont Dr,    Suite 8,    Tempe AZ 85282-3194
13754318    +US DEPT OF EDUCATION,    PO BOX 7860,    Madison WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2015 00:23:31
             Recovery Management Systems Corporation,    25 SE 2ND AVE, SUITE 1120,    MIAMI, FL  33131-1605
13754314     E-mail/Text: cio.bncmail@irs.gov Dec 12 2015 00:19:16     IRS,    PO Box 21126,
             Philadelphia PA 19114-0326
13754315    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2015 00:19:13     Kohl's,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-7096
13759581     E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2015 00:23:17
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2015 at the address(es) listed below:

```
              BARRY W ROREX    on behalf of Debtor STEVEN ROBERT MARKS barry@brorexlaw.com
              STANLEY J KARTCHNER    trustee@aztrustee.com,
               skartchner@ecf.epiqsystems.com;michelle.duron@aztrustee.com;sunny.duron@aztrustee.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **Steven Marks** | ) | Case No. 4:15-bk-12198-SHG |
| | ) | |
| | ) | NOTICE OF INTERNET AUCTION |
| | ) | SALE OF ESTATE'S INTEREST |
| **Debtor(s)** | ) | IN OIL & GAS ROYALTY INTERESTS |

**Stanley J. Kartchner**, the Trustee in the above-named case, has filed an application with the Court for the Approval of an Internet Auctioneer Carol Smith's Asset Sales, LLC (CSAssets) for the sale of the Estate's Interest in the property described below.

**Description of asset(s) to be sold:**

**ESTATE'S INTEREST IN THE FOLLOWING:**

Oil and Gas Royalty Interests for the following: 0.000541 Interest in Leases #0263213, #0236203, #0263202 & #263201. Sims L P Brothers AB 4 Juan L Chavert Survey Wells #1, #2, #3 & #13, RRC# 240451, RRC#227297, RRC# 225720 & RRC#219067 in Limestone County, TX. Operator XTO Energy Inc., Owner #130975.

**NOTICE IS HEREBY GIVEN** that any party objecting to the sale of this property must file a written objection with the Clerk of the United States Bankruptcy Court no later than **Twenty one days from the mailing date of this notice.** The Clerk's address is 38 S. Scott Avenue, Tucson, AZ 85701-1704. A copy of the objection should be mailed to: **Stanley J. Kartchner, Trustee, 7090 N Oracle Rd #178-204, Tucson, AZ 85704 and Carol Smith's Asset Sales, LLC, PO Box 13538 Mesa, AZ 85216.**

**Value:** The debtor indicates the value of the property to be $200.00. The property has not been appraised.

**Internet venue:** http://www.csassets.com & the Internet Venue chosen by CSAssets.com.

**Internet Auctioneer's Compensation:** CSAssets, upon Court approval shall receive compensation based on the final sales price of the property. Such compensation shall be equal to 10% of the final sales price received by the Trustee.

**Internet Auctioneer's Expenses:** The reimbursement of the $250 document preparation fee collected from the buyer, per item, plus expenses estimated not to exceed $250 per item for costs in obtaining copies of the original deed, limited title reports, release of note and deed of trust, other recorded documents, listing fees, final value fee (if applicable) and shipping costs.

**Notice Period & Viewing:**   The notice period shall run up to the bar date contained on the notice herein plus 5 (five) additional business days. During this time, the asset and any available due diligence information will be available for viewing on www.csassets.com.

**Sale Period:** The actual Internet auction sale will be held on the Internet Auction venue chosen by CSAssets. The sale period will be 7 or 10 days. Links will be provided at www.csassets.com and www.ebay.com  in order for bidders to participate in the Internet bidding process.

**Reserve or Minimum Price:** The Trustee, using his business judgment, has set minimum prices before the auctions can close of $1,000.00 reserving the right to rerun the auctions with lower minimums if the items do not sell initially.

**Closing Procedure:**   The highest final bid received (assuming the minimum price is met) at the closing of the bidding on the Internet Auction Venue will be considered the final bid accepted by CSAssets. CSAssets will proceed to close the sale with the final bidder. The highest bidder will be required to send CSAssets certified funds within 7 days of the close of the auction. Within 21 days of receiving said funds, CSAssets will provide the highest bidder with a Trustee's Deed. After closing the sale, CSAssets will provide a report of sale to the Trustee indicating the results of the sale. This report will be filed with the Court by the Trustee.

If the highest bidder does not close the sale, CSAssets reserves the right to proceed to the next highest bid received and close the sale with that bidder. The report provided by CSAssets would reflect such an event.

**Terms & Conditions:**  The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee (see liens and encumbrances for known amounts). Buyer is to pay all costs associated with the transfer of the property.

**Liens & Encumbrances:**     past due tax liens of approx. $131.94, payable by the Buyer.

**Debtor(s) Exemptions:**     none known by the Trustee at this time

**Due Diligence Information:** The property to be sold is the Estate's interest in the above-described property. The Trustee has made available all due diligence information that has been received relating to the subject properties. That information is available for all potential purchasers to view on www.csassets.com. *Buyers are encouraged to do their own due diligence prior to bidding.*

**Disclosures:**   CSAssets will disclose to all potential bidders on www.csassets.com and the Internet auction Venue that these sales are subject to a Bankruptcy Court Proceeding. The case number and case name will be provided as well as CSAssets' name, address, telephone and fax number information. All sales will be subject to the terms and conditions set forth in this application as directed by the Trustee.

**Information Regarding Internet Auctioneer & Internet Venue Provider:**

The CSAssets website, www.csassets.com, specializes in the sale of Bankruptcy estate assets. The site provides an automated auction venue operated by computer under the Trustee's direction. It is like a traditional auctioneer in the sense that CSAssets obtains any information available regarding the asset and answers any and all inquiries received via the Internet, telephone and email regarding the asset, monitoring the sale on the Internet Auction Venue and closing the sale, which includes obtaining certified funds from the Buyer and providing title (and/or goods) as outlined in the sale application, to the eventual Buyer.

CSAssets uses an Internet auction venue to obtain the bids from the public. The Internet auction Venue does not handle any funds of the estate and/or assets. The Internet Auction Venue charges an advertising fee to CSAssets for the listing of the bankruptcy property and a final value fee (if applicable). These fees are an expense to be reimbursed up to $250 to CSAssets along with its 10% commission based upon the highest Internet bid received. CSAssets will collect a document preparation fee of $250 and shipping costs from the Buyer to be reimbursed to CSAssets.

To participate in the auction, a party should first go to the www.csassets.com website to view the asset being held pending a sale date (waiting for the bar date notice contained herein to expire plus five (5) business days). Once the bar date notice has expired, plus five (5) business days, the sale will commence on the Internet Auction Venue, www.ebay.com. Potential purchasers may obtain the location of the Internet online bidding link through www.csassets.com. The sale information will also be available on the Internet Auction Venue in the applicable categories. It is strongly recommended that potential bidders will find the sale easier by using the CSAssets website.

It is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this property, which is typically a very difficult asset for the Trustee to liquidate.

   12-10-2015                              /s/ Stanley J. Kartchner
     DATE                                     Trustee

**TO BE NOTICED BY THE BANKRUPTCY NOTICING CENTER**